JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>RENAISSANCE DEBT SOLUTIONS, INC., a Maryland Corporation, FREDERICK C. TYSON, an individual, ELAINE CAROL TYSON, an individual,<br><br>             Defendants. | Case No.: SACV15-01210-AG(RAOx)<br><br>**JUDGMENT** |

-1-

FINAL JUDGMENT

# JUDGMENT

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff PAUL SAPAN against Defendant FREDERICK C. TYSON , jointly and severally.

Defendant FREDERICK C. TYSON, jointly and severally, must pay Plaintiff PAUL SAPAN the sum of Fourteen Thousand Thirty Four Dollars and 75 cents ($14,034.75).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED:  March 14, 2016

_____
Andrew J. Guilford
United States District Judge